AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
KIM SAVO (Bar No. 223197)
(E-Mail: Kim_Savo@fd.org)
JOSHUA D. WEISS[1] (Bar No. 5438536)
(E-Mail: Josh_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SAMUEL TRULY FLEMING

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL TRULY FLEMING, <br><br> Defendant. | Case No. CR 17-00362-AB <br><br> [PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Samuel Fleming's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1) is granted. Mr. Fleming's term of imprisonment is reduced to time-served, and a four-year term of supervised released, as previously imposed.

DATED: June 12, 2020     By _____
                              HONORABLE ANDRE BIROTTE JR.
                              United States District Judge

CC: BOP, USPO, USM

---

[1] As a government attorney and a member of the New York State Bar, Joshua D. Weiss has been admitted to practice before the United States District Court for the Central District of California.